

# NUMBER 13-20-00491-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

VINCENT KRUSSOW,                                                                Appellant,

v.

MARTIN G. ANGUIANO, JR.,
VALERIE NICOLE VALDEZ, AND
NANCY ANN FLORES,                                                               Appellees.

### On appeal from the 214th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Longoria

This matter is before the Court on appellant's motion to dismiss appeal. Appellant's

motion indicates the matter is still pending in the trial court and requests that this Court

disregard and dismiss all of appellant's motions and attempted appeal.

On December 20, 2020, this Court issued an Order of Abatement instructing the trial court to determine if appellant desires to prosecute the appeal along with other matters related to the record.

The Court, having considered appellant's unopposed motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Therefore, this cause is hereby reinstated, appellant's motion to dismiss is granted, and the cause dismissed. Furthermore, appellant's motion to temporarily suspend appeal venue is hereby dismissed as moot. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

NORA L. LONGORIA
Justice

Delivered and filed on the
25th day of February, 2021.